UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE LESTER MORRIS,

    Plaintiff,                                              Case No. 21-10404

v.                                                       Honorable Nancy G. Edmunds

HEIDI WASHINGTON and
GRETCHEN WHITMER,

    Defendants.

_____/

## JUDGMENT

The Court having reviewed and fully considered the pleadings filed by the parties and the Magistrate Judge's report and recommendation, and for the reasons set forth in the order entered this date;

The report and recommendation is hereby accepted and adopted as the findings and conclusions of the Court.

THEREFORE, IT IS ORDERED AND ADJUDGED that Defendants' motion for summary judgment is GRANTED, the remaining claims against Defendants Washington and Whitmer are DISMISSED without prejudice, and this case is CLOSED.

    SO ORDERED.

                                                              s/Nancy G. Edmunds
                                                              Nancy G. Edmunds
                                                              United States District Judge

Dated: June 2, 2022

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 2, 2022, by electronic and/or ordinary mail.

                                              s/Lisa Bartlett
                                              Case Manager